# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KYLE ALEXANDER

NO. 2025 KW 0477

**AUGUST 18, 2025**

---

In Re: Kyle Alexander, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 97-CR-000037, 97-CR-000039.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

HG
TPS

**McClendon, C.J.,** dissents and would grant the writ application. I find that the district court should have referred relator's motion for recusal to another judge for consideration.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT